# Nissley and Good v. Hoffman Bros.

No. 42, June Term, 1901, C. P. of Lancaster Co.

Certiorari.

C. E. Montgomery, Esq., for certiorari.

C. Reese Eaby, Esq., contra.

Opinion by LANDIS, J., December 20, 1902.

The point involved in this case is the same as that raised in B. H. Nissley v. Hoffman Brothers, June Term, 1901, No. 41, preceding case, in which an opinion has just been handed down. For the same reasons we sustain the exceptions in this case.

Exceptions sustained and proceedings of the Magistrate set aside.

From Lancaster Law Review,<br>Lancaster, Pa.